**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP PELLERIN, | ) Case No.: 10-CV-01922-LHK |
| Plaintiff, | ) |
| v. | ) ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| HURON CONSULTING GROUP, INC., and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

A Case Management Conference is scheduled before the undersigned judge on February 2, 2011. Under the Court's Local Rules, parties are required to submit a Joint Case Management Statement no fewer than seven days before the Case Management Conference. The parties have failed to submit such a Statement in violation of Civil Local Rule 16-10. Accordingly, as soon as practicable, but no later than 12:00 p.m., Monday, January 31, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: January 27, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge