UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP PELLERIN,<br><br>  Plaintiff,<br>v.<br><br>HURON CONSULTING GROUP, INC., and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 10-CV-01922-LHK<br><br>ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE TO FEBRUARY 14, 2011 AND CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 23, 2011<br><br>(re: docket #33) |

On November 12, 2010, the Court granted the parties' proposed stipulation to complete mediation by January 28, 2011 and defer conducting any written or deposition discovery until completion of the mediation. The Court also scheduled a Case Management Conference for February 2, 2011. Although the Court advised the parties to schedule the ENE/Mediation session as far in advance of the January 28, 2011 deadline as possible, the parties scheduled the ENE/Mediation session for January 26, 2011, the eve of the deadline. According to the parties, "Plaintiff's counsel unexpectedly became seriously ill with a flu virus," and the January 26, 2011 ENE/Mediation session did not take place.

On January 27, 2011, the parties filed a stipulation requesting extension of the ENE/Mediation deadline to February 16, 2011, and a continuance of the Case Management

1

Conference also to February 16, 2011.  The parties have rescheduled the ENE/Mediation session for February 14, 2011.

The parties' stipulation is granted as modified.  The ENE/Mediation deadline is extended to **February 14, 2011**.  The February 2, 2011 Case Management Conference is continued to **February 23, 2011 at 2:00 p.m.**  The parties should note that further extensions shall be disfavored.  If the case settles, the parties shall file a stipulation of dismissal as soon as practicable, but no later than February 16, 2011.

**IT IS SO ORDERED.**

Dated: January 28, 2011

_____
LUCY H. KOH
United States District Judge