1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PHILLIP PELLERIN, | ) | Case No.: 10-CV-01922-LHK |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO |
| v. | ) | FILE STIPULATION OF DISMISSAL |
| | ) | OR JOINT CASE MANAGEMENT |
| HURON CONSULTING GROUP, INC., | ) | STATEMENT |
| and DOES 1-50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

On February 18, 2011, the Court continued the Case Management Conference in this action to Wednesday, March 23, 2011 based on the parties' representations that they had settled the case, and would file a comprehensive settlement and request for dismissal within 20 days from February 16, 2011.  It is now March 21, 2011, beyond the 20-day period, and the parties have filed neither a stipulation of dismissal with prejudice as a result of their settlement nor a Joint Case Management Statement.

Accordingly, by 3:00 p.m., Tuesday, March 22, 2011, the parties shall file either: (1) their settlement and stipulation of dismissal with prejudice; or (2) a Joint Case Management Statement,

with a proposed schedule through trial.  The March 23, 2011 Case Management Conference

remains as set.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01922-LHK
ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL OR JOINT CASE MANAGEMENT
STATEMENT

United States District Court
For the Northern District of California