SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
HURON CONSULTING SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP PELLERIN,<br><br>Plaintiff,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC, and DOES 1 thorugh 50, inclusive,<br><br>Defendant. | Case No. Case No. CV10-01922 (LHK)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Judge: Lucy H. Koh |

Pursuant to the terms of a settlement agreement reached between the parties, and under the provisions of Fed. R. Civ. P. 41(a)(2), the parties hereby request that this action and every claim therein be dismissed with prejudice, each side to bear their own costs and attorney fees.

Dated: March 22, 2011

/s/
SUZANNE R. NESTOR
LITTLER MENDELSON, APC
Attorneys for Defendant HURON CONSULTING SERVICES LLC

Dated: March 22, 2011

/s/
STEVEN P. COHN, ESQ.
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff PHILLIP PELLERIN

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: March 22, 2011

Lucy H. Koh
LUCY H. KOH
United States District Court Judge

Firmwide:100795984.1 044525.1032

STIPULATION RE DISMISSAL                                                                           CASE NO CV10-01922 (LHK)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150